**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VICTOR NOEL, | ) | |
| | ) | |
| Plaintiff, | ) | 12-cv-9891 |
| | ) | |
| vs. | ) | Judge Tharp |
| | ) | Magistrate Judge Rowland |
| CARSON SMITHFIELD, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Victor Noel hereby dismisses his claims against defendant Carson Smithfield, LLC with prejudice and without costs.

Respectfully Submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

     I, Tiffany N. Hardy, hereby certify that on May 10, 2013, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

David Z. Smith
dzsmith@reedsmith.com

Gary S. Caplan
gcaplan@reedsmith.com

                                             s/Tiffany N. Hardy
                                             Tiffany N. Hardy